UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR235 HEA |
| | ) |
| TAKAHIRO CARL SETTLES, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Friday, January 6, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 8th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE